COUGHLAN & COMPANY, INC., Respondent, *v.* LOUIS FRANKEL, Appellant.

*Principal and agent — commissions — contract — action to recover commissions on sale of real estate — defense that sale had not been consummated.*

Coughlan & Co., Inc., v. Frankel, 216 App. Div. 565, affirmed (Argued September 27, 1926; decided October 12, 1926.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 11, 1926, which affirmed a determination of the Appellate Term affirming an order of the New York City Court granting a motion to strike out the answer and for summary judgment. The action was to recover broker's commissions upon a sale of real estate. The answer admitted the employment of plaintiff, the agreed commissions, and that plaintiff had procured a customer for the property but pleaded as a defense that no formal contract of sale was ever signed or the sale consummated.

*Emanuel Sustick* and *Stewart Engel* for appellant.
*Samuel Sturtz* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Absent: LEHMAN, J.

---

SAMUEL A. HERZOG, Respondent, *v.* FREDERICK BROWN, Appellant.

*Contract — Statute of Frauds — action to recover for breach of contract to purchase leasehold — issue of fact as to whether contract unenforcible under Statute of Frauds.*

Herzog v. Brown, 217 App. Div. 402, affirmed.
(Argued September 28, 1926; decided October 12, 1926.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 21, 1926, which reversed an order of Special Term granting a motion for dismissal of the

complaint and directing trial of a stated issue of fact. The action was to recover for an alleged breach of contract to purchase a leasehold interest in real property. In support of his motion to dismiss the complaint defendant presented an affidavit showing that the contract alleged in the complaint referred to defendant's interest in a twenty-one-year lease with renewal options, and that no note or memorandum of the contract was in writing and subscribed either by the defendant or by his lawfully authorized agent.

The following questions were certified:

" 1. Do the complaint and the affidavits in support of the motion to dismiss the complaint contain facts sufficient to show, *prima facie*, that the contract on which the action is founded is unenforcible under the provisions of the Statute of Frauds?

" 2. Does the answering affidavit in opposition to said motion state facts sufficient to raise an issue of fact as to whether the contract on which the action is founded is unenforcible under the provisions of the Statute of Frauds?

" 3. Do the complaint and the affidavits herein contain facts sufficient to show that the contract on which the action is founded is unenforcible under the provisions of the Statute of Frauds? "

*I. Maurice Wormser* and *Henry M. Marks* for appellant.
*Harold H. Corbin* and *Max D. Steuer* for respondent.

Order affirmed, with costs; second question certified answered in the affirmative; remaining questions not answered; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE and ANDREWS, JJ. Absent: LEHMAN, J.